# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF KENTUCKY
# LEXINGTON DIVISION

IN RE:   Jennifer Gay Million                                    Case Number:   15-51829
         Debtor

## ORDER CONFIRMING THE FIRST
## AMENDED PLAN FILED ON 11/14/2015, Court Doc. # 24

A plan under Chapter 13 having been filed and served by the debtor on all creditors, and it appearing that the plan meets requirements for confirmation, IT IS ORDERED:

THE PLAN IS CONFIRMED.

The plan as confirmed is deemed to incorporate by reference all pre-confirmation orders affecting the treatment of claims and liens, and to the extent of any inconsistency between the plan and any order, the terms of the order are deemed to control.

The Trustee is authorized to adjust the amount of the monthly payment disbursed to each secured creditor as may be necessary in the administration of the plan.

Any fee requested in section III.C.1.a of the plan is hereby allowed.

Copies to:

Jennifer Gay Million
PO Box 382
Beattyville, KY  41311

HOWARD, TAMMY E
P O BOX 992
JACKSON , KY  41339

BAIRD AND BAIRD PSC
P O BOX 351
PIKEVILLE, KY  41502-0351

BAIRD AND BAIRD, PSC
841 CORPORATE DRIVE
SUITE 101
LEXINGTON, KY  40503

---

**The affixing of this Court's electronic seal below is proof this document has been signed by the Judge and electronically entered by the Clerk in the official record of this case.**



Signed By:
*Gregory R. Schaaf*
**Bankruptcy Judge**
Dated: Thursday, March 03, 2016
(grs)